In the Matter of the Accounting of JOHN J. COLLINS, as Executor of DAVID PEARSON, Deceased.

ST. MARY'S HOSPITAL OF THE CITY OF BROOKLYN, Appellant ; JOHN J. COLLINS, as Executor, et al., Respondents.

*Matter of Collins,* 124 App. Div. 929, affirmed.
(Argued January 4, 1909; decided January 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

February 28, 1908, which affirmed a decree of the Kings County Surrogate's Court adjudging void certain bequests made by the will of David Pearson, deceased.

*John R. Kuhn* for appellant.

*Bartow S. Weeks, Frederick I. Pearsall, Omar Powell* and *William P. Maloney* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.